*In re* María M. Sanabria Ortiz, querellada.

*Número:* AB-2001-19        *Resuelto:* 15 de marzo de 2002

## RESOLUCIÓN

Vista la comparcencia de la Oficina del Alguacil de este Tribunal de 28 de febrero de 2002, en la cual se hace constar el diligenciamiento negativo de la notificación de la opinión *per curiam* emitida por este Tribunal el 13 de diciembre de 2001 en el caso de epígrafe, *se ordena a la Secretaria Interina de este Tribunal que publique la referida opinión y esta Resolución.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*